# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-01896-001-TUC-JGZ (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Christopher Adam Rosales, | |
| Defendant. | |

Pending before the Court is a Report by United States Magistrate Judge Bruce G. Macdonald, recommending that the Court find that Defendant Christopher Adam Rosales violated Standard Condition 1 of his supervised release. (Doc. 92.)  The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:
1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 92) is ADOPTED;
2. The US Probation Office is directed to prepare a disposition report.
3. Final Disposition Hearing set for July 29, 2022 at 9:45 a.m. before this Court.

Dated this 29th day of June, 2022.

Honorable Jennifer G. Zipps
United States District Judge